**SHEA & SHEA**
A PROFESSIONAL LAW CORPORATION
MICHAEL M. SHEA (State Bar No. 38396)
MICHAEL M. SHEA, JR. (State Bar No. 126983)
MARK B. O'CONNOR (State Bar No. 126960)
NICOLE N. HANCOCK (State Bar No. 221457)
THE JAMES SQUARE BUILDING
255 NORTH MARKET STREET, SUITE 190
SAN JOSE, CA  95110
Phone:  (408) 292-2434
Fax   :  (408) 292-1264
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD NICHOLAS,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., and DOES 1<br>through 50, inclusive,<br><br>        Defendants. | DOCKET No. C 09-02089 RS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br>**REGARDING NON-EXPERT DISCOVERY**<br>**AND EXPERT DISCOVERY** |

The parties have met and conferred and have agreed to stipulate as follows:

1.  That the parties shall be allowed to conduct certain discovery beyond the May 19, 2010 discovery cut-off.  The discovery which is permitted to take place after May 19, 2010 includes:

    a.  Any depositions noticed before the May 19, 2010 discovery cut off;

    b.  The deposition of Shirley Nicholas;

    c.  Plaintiff will agree to produce updated medical records as his treatment continues.

2.  Due to the unavailability of certain deponents until after June 1, the parties have agreed to postpone expert disclosures & discovery as follows:

-1-

1      a.  Plaintiff's expert disclosure is due June 16, 2010.

2      b.  Defendant's expert disclosure is due June 30, 2010.

3      c.  Expert discovery will be completed by July 14, 2010.

4

5    Dated:  June 1, 2010

                          **SHEA & SHEA**
6

7                                       /s/

                   By:  _____
8                        NICOLE N. HANCOCK, ESQ.
                         Attorneys for Plaintiff
9                        CHAD NICHOLAS

10
     Dated:  June 1, 2010
11
                          **SHEA & SHEA**
12

13                                      /s/

                   By:  _____
14                       ELIZABETH RHODES, ESQ.
                         Attorneys for Defendant
15                       UNITED AIR LINES, INC.

16

17

18

19
                          [PROPOSED] ORDER
20
     IT IS SO ORDERED.
21

22

23   Dated:  ___6/2/10_____

24

                          _____
25                        UNITED STATES MAGISTRATE JUDGE

26

27

                                    -2-