KYMBERLY E. SPEER (SBN 121703)
ELIZABETH D. RHODES (SBN 218480)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:	(415) 397-3100
Facsimile:	(415) 397-3170
kspeer@kennmark.com
erhodes@kennmark.com

Attorneys for Defendant
UNITED AIRLINES, INC.
(erroneously sued herein as "United Air Lines, Inc.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD NICHOLAS,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 THROUGH 50, INCLUSIVE,<br><br>        Defendants. | CASE NO.  C09-02089 RS<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PLAINTIFF, AND ALL ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that plaintiff and United Air Lines, Inc. have reached an agreement on the principal terms of a settlement.  The parties are in the process of preparing and circulating settlement documentation, and will file a Stipulation for Dismissal when the settlement is complete.

DATED:  July 22, 2010

**KENNEY & MARKOWITZ L.L.P**


By:___/s/ Kymberly E. Speer_____
    KYMBERLY E. SPEER
    ELIZABETH D. RHODES
    Attorneys for Defendant
    UNITED AIR LINES, INC.

{031639.302126 0141547.DOC}

-1-

Notice of Settlement
Case No.  C09-02089 RS