*E-Filed 7/22/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Chad Nicholas,<br><br>    Plaintiffs,<br>  v.<br><br>United Airlines, Inc.,<br><br>    Defendants._____/ | No. C 09-02089 RS<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 22, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 30, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

No. C 09-02089 RS
STANDBY ORDER TO SHOW CAUSE

IT IS SO ORDERED.

Dated: July 22, 2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

N<small>O</small>. C 09-02089 RS

S<small>TANDBY</small> O<small>RDER</small> T<small>O</small> S<small>HOW</small> C<small>AUSE</small>

2