*E-Filed 9/23/10*

1   KYMBERLY E. SPEER (SBN 121703)
    ELIZABETH D. RHODES (SBN 218480)
2   KENNEY & MARKOWITZ L.L.P.
    255 California Street, Suite 1300
3   San Francisco, CA  94111
    Telephone:     (415) 397-3100
4   Facsimile:     (415) 397-3170
    kspeer@kennmark.com
5   erhodes@kennmark.com

6   Attorneys for Defendant
    UNITED AIR LINES, INC.

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  CHAD NICHOLAS,
                                        CASE NO.  C09-02089 RS
12          Plaintiff,

13  v.                                  [PROPOSED] STIPULATION AND
                                        ORDER TO CONTINUE DEADLINE
14  UNITED AIR LINES, INC., and DOES 1  AND HEARING RE DISMISSAL FOR
    THROUGH 50, INCLUSIVE,              30 DAYS
15
            Defendants.
16

17

18

19

20          Plaintiff Charles "Chad" Nicholas and defendant United Airlines, Inc., through their

21  counsel of record, hereby stipulate and agree to the following:

22          1.      The parties are in the process of completing settlement documents and expect to be

23  able to file a Stipulation of Dismissal of the matter within 30 days.

24  //

25  //

26  //

27  //

28  //

Kenney
&
Markowitz
L.L.P.

2.      The parties desire and request that the Court continue for 30 days both the current deadline of September 22, 2010 to file a Stipulation of Dismissal and the hearing on the Order to Show Cause currently set for September 30, 2010 at 1:30 p.m. in this Court.

DATED:  September 22, 2010          **KENNEY & MARKOWITZ L.L.P.**


By:____/s/ Elizabeth D. Rhodes_____
          KYMBERLY E. SPEER
          ELIZABETH D. RHODES
          Attorneys for Defendant
          UNITED AIR LINES, INC.


DATED:  September 22, 2010          **SHEA & SHEA P.L.C.**


By:____/s/ Nicole N. Hancock_____
          MARK B. O'CONNOR
          NICOLE N. HANCOCK
          Attorneys for Plaintiff
          CHARLES "CHAD" NICHOLAS

Order to Show Cause Deadline has been continued to October 28, 2010.  Order to Show Cause Hearing has been continued to November 4, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**


DATED: __9/23/10____

_____
              RICHARD G. SEEBORG
       UNITED STATES MAGISTRATE JUDGE

Kenney
&
Markowitz
L.L.P.