KYMBERLY E. SPEER (SBN 121703)
ELIZABETH D. RHODES (SBN 218480)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:   (415) 397-3100
Facsimile:   (415) 397-3170
kspeer@kennmark.com
erhodes@kennmark.com

Attorneys for Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAD NICHOLAS,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 THROUGH 50, INCLUSIVE,<br><br>       Defendants. | CASE NO. C09-02089 RS<br><br>[PROPOSED] **STIPULATION AND ORDER TO CONTINUE DEADLINE AND HEARING RE DISMISSAL FOR 20 DAYS** |

Plaintiff Charles "Chad" Nicholas and defendant United Airlines, Inc., through their counsel of record, hereby stipulate and agree to the following:

1.   The parties have completed settlement documents but are still awaiting approval from Medicare to release the settlement check, in compliance with Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 (MMSEA), which requires the approval of Medicare before distribution of settlement funds occurs.

//

//

//

{031639.302126 0142144.DOC}                                  -1-
[PROPOSED] STIPULATION AND ORDER TO CONTINUE DEADLINE
AND HEARING RE DISMISSAL FOR 20 DAYS;
CASE NO. C09-02089 RS

2. The parties desire and request that the Court continue for 20 days both the current deadline of October 28, 2010 to file a Stipulation of Dismissal and the hearing on the Order to Show Cause currently set for November 4, 2010 at 1:30 p.m. in this Court.

DATED: October 27, 2010

**KENNEY & MARKOWITZ L.L.P.**

By: /s/ Elizabeth D. Rhodes
KYMBERLY E. SPEER
ELIZABETH D. RHODES
Attorneys for Defendant
UNITED AIR LINES, INC.

DATED: October 27, 2010

**SHEA & SHEA P.L.C.**

By: /s/ Nicole N. Hancock
MARK B. O'CONNOR
NICOLE N. HANCOCK
Attorneys for Plaintiff
CHARLES "CHAD" NICHOLAS

**IT IS SO ORDERED.**

Deadline to file Stipulation of Dismissal shall be continued to December 2, 2010. Order to Show Cause Hearing continued to December 9, 2010 at 1:30 p.m.

DATED: 10/28/10

_____
RICHARD G. SEEBORG
UNITED STATES DISTRICT JUDGE

{031639.302126 0142144.DOC}   -2-
[PROPOSED] STIPULATION AND ORDER TO CONTINUE DEADLINE
AND HEARING RE DISMISSAL FOR 20 DAYS;
CASE NO. C09-02089 RS