1  MARK B. O'CONNOR (SBN 126960)
   NICOLE N. HANCOCK (SBN 221457)
2  SHEA & SHEA
   The James Square Building
3  255 North Market Street, Ste. 190
   San Jose, CA  95110
4  Telephone:    (408) 292-2434
   Facsimile:    (408) 292-1264
5  mbo@shea-shea.com
   nnh@shea-shea.com
6
   Attorneys For Plaintiff
7  CHAD NICHOLAS

8
   KYMBERLY E. SPEER (SBN 121703)
9  ELIZABETH D. RHODES (SBN 218480)
   KENNEY & MARKOWITZ L.L.P.
10 255 California Street, Suite 1300
   San Francisco, CA  94111
11 Telephone:    (415) 397-3100
   Facsimile:    (415) 397-3170
12 kspeer@kennmark.com
   erhodes@kennmark.com
13
   Attorneys for Defendant
14 UNITED AIRLINES, INC.

15

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                          SAN JOSE DIVISION
19

20

21 CHAD NICHOLAS,                          CASE NO.  C09-02089 RS

22      Plaintiff,                         [~~PROPOSED~~] ORDER ON
                                           STIPULATION FOR DISMISSAL
23 v.

24 UNITED AIR LINES, INC., and DOES 1
   THROUGH 50, INCLUSIVE,
25
        Defendants.
26

27

28

**Kenney & Markowitz L.L.P.**

{031639.302126 0142272.DOC}          -1-
                       [~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL
                              CASE NO.  C09-02089 RS

1 | Pursuant to stipulation of the parties, it is so ordered that this action is dismissed with
2 | prejudice, each party to bear its own attorneys' fees and costs.

DATED: 11/22/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Kenney & Markowitz L.L.P.